UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA FAYLES, Individually and in her capacity as Personal Representative of THE ESTATE OF RICHARD FAYLES<br>*Plaintiff,*<br><br>v.<br><br>FORD MOTOR COMPANY<br>*Defendant.* | C.A. No.: 1:25-cv-10161 |

**CORPORATE DISCLOSURE STATEMENT**
**OF FORD MOTOR COMPANY**

Ford Motor Company ("Ford") states pursuant to Fed. R. Civ. P. 7.1 that it is a Delaware corporation with a principal place of business located at 1 American Road, Dearborn, MI 48121. Ford has no parent company and as of December 31, 2023, no publicly traded companies have

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

disclosed that they own 10% or more of Ford's common stock.

DATED:   January 22, 2025

                                        Respectfully Submitted,

The Defendant
**FORD MOTOR COMPANY**
By its Attorneys,

CAMPBELL CONROY & O'NEIL, P.C.

*/s/ Michelle I. Schaffer*
James M. Campbell, BBO #541882
jmcampbell@campbell-trial-lawyers.com
Michelle I. Schaffer, BBO #552383
mschaffer@campbell-trial-lawyers.com
Curtis A. Berglund, BBO #677093
cberglund@campbell-trial-lawyers.com
Katherine F. Hains, BBO #699055
khains@campbell-trial-lawyers.com
20 City Square, Suite 300
Boston, MA 02129
T: (617) 241-3000

## CERTIFICATE OF SERVICE

     I, Michelle I. Schaffer, counsel for the defendant, Ford Motor Company, hereby certify that on this 22nd day of January 2025, I electronically filed the foregoing, ***Corporate Disclosure Statement of Ford Motor Company***, with the Clerk of the Court using the electronic filing system, Odyssey File and Serve (OFS), which will send such notification of such filing to counsel of record.  Said document was also sent via U.S. First Class Mail and Electronic Mail to the following counsel of record:

John T. Martin, Esq.
Michaela M. Weaver, Esq.
Sullivan & Sullivan, LLP
83 Walnut Street
Wellesley, MA 02481
jmartin@sullivanllp.com
mweaver@sullivanllp.com

                                        */s/ Michelle I. Schaffer*
                                        Michelle I. Schaffer